NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PAICE LLC, ABELL FOUNDATION, INC.,**
*Appellants*

**v.**

**BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, BMW OF NORTH AMERICA, LLC,**
*Appellees*

---

2022-1355, 2022-1512, 2022-1582

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-00994, IPR2020-01299, IPR2020-01386.

---

**JUDGMENT**

---

CHRISTOPHER DRYER, Fish & Richardson P.C., Washington, DC, argued for appellants.  Also represented by RUFFIN B. CORDELL, BRIAN JAMES LIVEDALEN, TIMOTHY W. RIFFE.

VINCENT JOHN GALLUZZO, Crowell & Moring, LLP, Washington, DC, argued for appellees.  Also represented by JEFFREY D. SANOK; SCOTT BITTMAN, New York, NY.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, REYNA, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 7, 2023                    /s/ Peter R. Marksteiner
    Date                        Peter R. Marksteiner
                                Clerk of Court